**PLATTNER VERDERAME PC**
P.O. Box 36570
Phoenix, AZ 85067-6570
Telephone: 602-266-2002
E-mail: pvpc@plattner-verderame.com
Frank Verderame
State Bar No. 007519

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MARTIN FISHGOLD and VALERIE FISHGOLD, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC., a foreign corporation; DAVOL, INC., a subsidiary of C.R. BARD, INC.,<br><br>Defendants. | **NO.**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs, by and through undersigned counsel, hereby demand trial by jury on all issues.

DATED this 6th day of June, 2008.

PLATTNER VERDERAME, PC

By s/ Frank Verderame
Frank Verderame
P. O. Box 36570
Phoenix, AZ 85067-6570
Attorneys for Plaintiffs

S:\docs\Fishgold\Pleadings\US Dist Crt.Demand for Jury Trial.doc