CLOSED, STD, TRANSFER−OUT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01073−SRB

Fishgold et al v. C.R. Bard, Inc et al
Assigned to: Judge Susan R Bolton
Cause: 28:1332 Diversity−Product Liability

Date Filed: 06/06/2008
Date Terminated: 08/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Martin Fishgold**
*husband*

represented by **Frank Verderame**
Plattner Verderame PC
PO Box 36570
Phoenix , AZ 85067−6570
602−266−2002
Fax: 602−266−6908
Email: fverderame@plattner−verderame.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valerie Fishgold**
*wife*

represented by **Frank Verderame**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc**
*a foreign corporation*

**Defendant**

**Davol, Inc.**
*a subsidiary of C.R. Bard, Inc.*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2008 | Ï 1 | COMPLAINT. Filing fee received: $ 350.00, receipt number 0970000000001995499, filed by MARTIN FISHGOLD.(Verderame, Frank) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 2 | Notice re Civil Cover Sheet by MARTIN FISHGOLD (Verderame, Frank) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 3 | Notice re Demand for Jury Trial by MARTIN FISHGOLD (Verderame, Frank) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 4 | Notice re Summons − C. R. Bard, Inc. by MARTIN FISHGOLD (Verderame, Frank) (Entered: 06/06/2008) |

| | | |
|---|---|---|
| 06/06/2008 | Ï 5 | Notice re Summons − Davol, Inc. by MARTIN FISHGOLD (Verderame, Frank) (Entered: 06/06/2008) |
| 06/06/2008 | Ï | This case has been assigned to the Honorable Susan R. Bolton. All future pleadings or documents should bear the correct case number: CV08−01073−PHX−SRB. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (HIH) (Entered: 06/09/2008) |
| 06/06/2008 | Ï 6 | Notice re Notice of Availability form (HIH) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 7 | Notice re Summons−Bard by Martin Fishgold (Verderame, Frank) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 8 | Notice re Summons − Davol by Martin Fishgold (Verderame, Frank) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 9 | Summons Issued as to C.R. Bard, Inc, Davol, Inc.. (Attachments: # 1 DAVOL)(HIH). *** IMPORTANT: You must select "Document and stamps" or "Document and comments" on the print screen in order for the court seal to appear on the summons you print. (Entered: 06/09/2008) |
| 07/07/2008 | Ï 10 | Notice re Waiver of Service of Summons − Davol, Inc. by Martin Fishgold (Verderame, Frank) (Entered: 07/07/2008) |
| 07/07/2008 | Ï 11 | Notice re Waiver of Service of Summons − C.R. Bard by Martin Fishgold (Verderame, Frank) (Entered: 07/07/2008) |
| 08/15/2008 | Ï 12 | CERTIFIED MDL TRANSFER ORDER transferring case to District of Rhode Island to be part of MDL−1842. (MAP) (Entered: 08/15/2008) |